UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 8:25-cv-01854-FWS-ADS | Date | April 14, 2026 |
|---|---|---|---|
| Title | David Montoy et al v. Nissan North America, Inc. et al | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | Not Reported |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                            None Present

**PROCEEDINGS:**     **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

---

The court, having been advised by a Notice of Settlement [16] that this action settled, hereby orders this action dismissed without prejudice.   The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **90 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

-    :   -

Initials of Deputy Clerk    rrp

CC: